**Order entered November 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01388-CV

**PREMIER POOLS MANAGEMENT CORP., ET AL., Appellants**

**V.**

**PREMIER POOLS, INC., Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-07182**

## ORDER

We **GRANT** appellants' November 7, 2015 unopposed motion for an extension of time

to file a reply brief.  Appellants shall file a reply brief by **DECEMBER 16, 2015**.


/s/      ELIZABETH LANG-MIERS
JUSTICE